**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Adalix LORENZO–MACIAL,
Defendant–Appellant.**

No. 08–10046.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 15, 2010.

Aaron David Wegner, Assistant U.S., Office of The U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Leslie Ann Bowman, Esquire, Law Office of Leslie A. Bowman, Tucson, AZ, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Adalix Lorenzo–Macial appeals from the 46–month sentence imposed following his

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lorenzo–Macial contends that the district court erred at sentencing by: (1) misconstruing its authority to vary from the Guidelines range in the absence of extraordinary circumstances; (2) failing to consider his mitigating circumstances; and (3) declining to impose a lower sentence in order to achieve parity with fast-track defendants. The record indicates that the district court did not procedurally err. *See United States v. Carty*, 520 F.3d 984, 994–96 (9th Cir.2008) (en banc); *see also United States v. Gonzalez–Zotelo*, 556 F.3d 736, 739–40 (9th Cir.2009).

Lorenzo–Macial also contends that his sentence is substantively unreasonable in light of his mitigating personal circumstances and the age of a prior conviction that was the basis for a 16–level enhancement, pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(ii). The sentence imposed is substantively reasonable in light of the totality of the circumstances. *See Gall v. United States*, 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *cf. United States v. Amezcua–Vasquez*, 567 F.3d 1050, 1055–56 (9th Cir.2009).

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.